UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | CASE NO.:   22CR1539-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER (1) CONTINUING MOTION HEARING/TRIAL SETTING AND (2) EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| KENDALL MARQUISE EVANS, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting currently scheduled for August 12, 2022, at 1:30 p.m., be continued to October 14, 2022, at 1:30 p.m.

For the reasons set forth in the joint motion, the time period of August 12, 2022, to October 14, 2022, is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Dated:  August 5, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge