UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENDALL MARQUISE EVANS,<br><br>Defendant. | CASE NO.:  22CR1539-JLS<br><br>ORDER (1) CONTINUING MOTION HEARING/TRIAL SETTING AND (2) EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that the motion hearing/trial setting currently scheduled for October 14, 2022, at 1:30 p.m., be continued to December 2, 2022, at 1:30 p.m. For the reasons set forth in the joint motion, the time period of October 14, 2022, to December 2, 2022, is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED.**

Dated: October 11, 2022

Hon. Janis L. Sammartino
United States District Judge