UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | CASE NO.:   22CR1539-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER (1) CONTINUING MOTION HEARING/TRIAL SETTING AND (2) EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| KENDALL MARQUISE EVANS, | |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting currently scheduled for December 2, 2022, at 1:30 p.m., be continued to January 6, 2023, at 1:30 p.m. For the reasons set forth in the joint motion, the time period of December 2, 2022, to January 6, 2023, is excluded in the interests of justice and pursuant to 18 U.S.C. §§ 3161(h)(1)(D).

**IT IS SO ORDERED.**

Dated:  November 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge